## BENNETT v. PARKER.

1. **Appeal to Supreme Court:** LESS THAN $100: INSUFFICIENT CERTIFICATE. This appeal, involving less than $100, is dismissed, because the certificate of the trial judge is not sufficient in itself, but makes it necessary to resort to the record to ascertain what the question is on which an opinion is sought.

*Appeal from Fremont District Court.*

THURSDAY, DECEMBER 10.

THIS was an action upon a written instrument by which the defendant contracted to pay the plaintiff the sum of $30, in consideration that the plaintiff would lay off and plat a townsite at his own expense, and procure from the Wabash, St. Louis & Pacific Railroad Company a side track on said townsite, and the location of a grain elevator. There was a trial by jury, and verdict for the plaintiff. Defendant appeals.

*James McCabe*, for appellant.

*Stockton & Keenan*, for appellee.

ROTHROCK, J.—The amount in controversy, as shown by the pleadings in the action, is less than $100, and the cause comes to us on the following certificate: " * * * Did the court err in withdrawing from the consideration of the jury (which was done by the instructions) the matters pleaded as a defense in the third count or division of the

original answer filed herein on the tenth day of October, 1884; there having been some evidence upon the trial tending to sustain the allegations made in said third count of said answer?"

We have repeatedly held, and rule twelve of this court requires, that in order to confer jurisdiction on this court in this class of cases it is necessary that the certificate shall set out and define the question which it is thought desirable should be determined; and we have held that the questions should be so explicit as to render an examination of the record unnecessary. *Votaw v. Corwin*, 62 Iowa, 39. Under these rulings it is manifest that we ought not to be required to examine the record to ascertain what question in the case we are called upon to determine. The certificate, without more, is unintelligible. The appeal will be

DISMISSED.